400 A.2d 627

Troyanoski v. Nationwide Mutual Fire Insurance Company, Appellant.

Petition for Allowance of Appeal Denied March 23, 1979.

Argued December 4, 1978. Wallace B. Eldridge, III, for appellant; William J. Krencewicz, for appellee.

Before PRICE, SPAETH and WATKINS, JJ.

Order affirmed.

400 A.2d 627

Williams et al. v. Genetti Lycoming Hotel, Inc., Appellant.

Reargument Denied Feb. 16, 1979.

Petition for Allowance of Appeal Denied April 16, 1979.

Argued December 4, 1978. John C. Youngman, for appellant; Scott A. Williams, for appellees.

Before CERCONE, HESTER and HOFFMAN, JJ.

Order affirmed.